# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2021

## NO. 03-19-00286-CR

**Jaime Villanueva Castro, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND TRIANA
### AFFIRMED IN PART; VACATED IN PART -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was partial reversible error in the trial court's judgment. The Court affirms the trial court's judgment in part and vacates in part. A double-jeopardy violation exists, therefore the Court vacates Castro's conviction on Count 2 for the second-degree felony offense of indecency with a child by sexual contact and the related prison sentence, and otherwise affirms the district court's judgment of conviction on Count 1 for the first-degree felony offense of aggravated sexual assault of a young child. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.